No. 5109.—Roig Commercial Bank, apldo., v. Benítez et al., apltes.—C. D. Humacao. Dic. 4, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Por cuanto, aparece de la moción del apelado y de la copia simple de la transcripción de autos que a la demanda en el caso se presentó moción eliminatoria, a cuya vista no concurrió la representación del demandado; y luego excepción perentoria, a cuya vista tampoco concurrió dicha representación; y luego una contestación conteniendo una negación que se titula general y específica, de los hechos alegados en la demanda; y que señalado el día para juicio, tampoco

compareció la representación del aquí apelante, alegando luego que no había tenido noticia del señalamiento;

POR CUANTO, en este caso se reclamó por la demanda el pago de cantidad con arreglo a un pagaré que en las alegaciones se copia, y cuya autenticidad no se halla negada en forma legal;

POR CUANTO, el apelante no ha alegado razón legal alguna que nos convenza de los posibles méritos de su apelación; y en cuanto a la falta de notificación del señalamiento no encontramos la prueba, y sí aparece que el caso fué señalado en. calendario corriente,

POR TANTO, se declara con lugar la moción del apelado, y se desestima la apelación por ser frívola.